B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Performance Graphics, INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-3208950** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**747 N Church Road, Suite B**<br>**Elmhurst, IL**<br>ZIP Code **60126** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Performance Graphics, INC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Performance Graphics, INC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ James A. Young**
Signature of Attorney for Debtor(s)

**James A. Young 6217342**
Printed Name of Attorney for Debtor(s)

**Dizon & Young, LLP**
Firm Name

**524 W. State St., Unit 2**
**Geneva, IL 60134**

_____
Address

**Email: ecf@dizonyoung.com**
**630-761-5670  Fax: 630-689-1302**
Telephone Number

**November 26, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James R Gullberg**
Signature of Authorized Individual

**James R Gullberg**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 26, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer).(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Performance Graphics, INC**                       ,     Case No. _____

                                             Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 8,100.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 611,038.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 8,100.00 | | |
| Total Liabilities | | | | 611,038.83 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Performance Graphics, INC**                            ,       Case No. _____
                                           Debtor
                                           Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Performance Graphics, INC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Performance Graphics, INC**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: Community Bank of Elmhurst** | - | 1,300.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        1,300.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Performance Graphics, INC**                                    ,    Case No. _____
                                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Recievable Uncollectable** | **-** | **6,500.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **6,500.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Performance Graphics, INC**                                      ,    Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Copier, Printer via Lease** | - | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 300.00 |
| (Total of this page) | |
| Total > | 8,100.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Performance Graphics, INC**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Performance Graphics, INC**                                                      ,    Case No. _____
                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Performance Graphics, INC**                                         ,   Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0256**<br><br>**Haas-Jordan by Westcott c/o Blitt and Gaines, PC 661 Glenn Ave Wheeling, IL 60090** | - | | Services | | | | 2,208.44 |
| Account No. **xxxx998-X**<br><br>**Adcraft Decals 7708 Commerce Park Oval Independence, OH 44131** | | | Services | | | | 792.48 |
| Account No. **xxxx5537**<br><br>**Admore  Inc 24707 Wood Court Macomb, MI 48042** | - | | Services | | | | 1,174.26 |
| Account No. **xxxx4907**<br><br>**American Ad Bag 1510 Lamb Road Woodstock, IL 60098** | - | | Services | | | | 1,266.80 |
| __25__   continuation sheets attached | | | Subtotal (Total of this page) | | | | 5,441.98 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Performance Graphics, INC** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8188** | | | Services | | | | |
| **American Ad Bag Company c/o Ingold Law 5555 Main St Buffalo, NY 14221** | - | | | | | | 1,266.80 |
| Account No. **xxxx7442** | | | Services | | | | |
| **Ameriprint Corporation 1401 W Diggins St Harvard, IL 60033** | - | | | | | | 3,199.03 |
| Account No. **xxxx4745** | | | Services | | | | |
| **Amherst Label c/o Law Office of Curtis I Davis 1 Eyssi Drive, Suite 201 Salem, NH 03079** | - | | | | | | 451.45 |
| Account No. **xxxx8185** | | | Services | | | | |
| **ARC 8 Indianola Ave Akron, NY 14001** | - | | | | | | 359.26 |
| Account No. **xxxx6654** | | | Telecommunications | | | | |
| **ARC Group 1012 State College Road, Ste 202 Dover, DE 19904** | - | | | | | | 1,337.36 |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,613.90**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4232**<br><br>**Artistic Stitches**<br>**2639 West Grand Ave**<br>**Chicago, IL 60612** | | - | Services | | | | 1,454.00 |
| Account No. **xxxx5745**<br><br>**Authority**<br>**10148 Clow Creek Drive #2d**<br>**Plainfield, IL 60585** | | - | Services | | | | 420.00 |
| Account No. **xxxx7243**<br><br>**Bag Makers**<br>**6606 S Union Road**<br>**Union, IL 60180** | | - | Services | | | | 953.77 |
| Account No. **xxxx1736**<br><br>**Barton Nelson**<br>**13700 Wyandotte**<br>**Kansas City, MO 64145** | | - | Services | | | | 3,706.00 |
| Account No. **xxxx8288**<br><br>**BCT**<br>**11025 Raleigh Court**<br>**Machesney Park, IL 61115** | | - | Services | | | | 1,151.50 |

Sheet no. __2___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            7,685.27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                              ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3968**<br><br>**BIC Corporation**<br>**PO BOX 406079**<br>**Atlanta, GA 30384** | | - | Services | | | | 6,747.34 |
| Account No. **xxxx2966**<br><br>**Bohringer Creative**<br>**381 Mitchell Ave**<br>**Elmhurst, IL 60126** | | - | Services | | | | 523.70 |
| Account No. **xxxx1243**<br><br>**Broder Brothers**<br>**36115 Treasury Center**<br>**Chicago, IL 60694** | | - | Services | | | | 2,713.59 |
| Account No. **xxxx3473**<br><br>**Calibrated Forms Co.**<br>**537 NE Ave**<br>**PO BOX Drawer 91**<br>**Columbus, KS 66725** | | - | Services | | | | 264.38 |
| Account No. **xxxx2172**<br><br>**Calibre International**<br>**6250 North Irwindale Ave.**<br>**Irwindale, CA 91702** | | - | Services | | | | 749.99 |

Sheet no. __3__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,999.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**
_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx7933** | | | | Services | | | | |
| Capital Printing & Die 303 S Highland Ave Aurora, IL 60506 | - | | | | | | | 1,049.00 |
| Account No. **xxxx1208** | | | | Services | | | | |
| CE Printed Products 685 Kimberly Lane Carol Stream, IL 60188 | - | | | | | | | 526.34 |
| Account No. **xxxx5765** | | | | Services | | | | |
| Chicago Multi-Lingua Graphics 550 W Frontage Road Suite 2700 Northfield, IL 60093 | - | | | | | | | 1,110.00 |
| Account No. **xxxx8950** | | | | Utilities | | | | |
| Commonwealth Edison c/o Credit Protection Association PO BOX 9037 Addison, TX 75001 | - | | | | | | | 484.40 |
| Account No. **xxxx8950** | | | | Utility Service | | | | |
| Commonwealth Edison c/o Credit Protection Assoc PO BOX 9037 Addison, TX 75001 | - | | | | | | | 659.13 |

Sheet no. __4__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 3,828.87 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC** _____ ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx14RI**  Continental Datalabel 1855 Fox Lane Elgin, IL 60123 | - | | Services | | | | 2,718.95 |
| Account No. **xxxx1447**  Contract Screenprinting 10148 Clow Creek Drive Unit A Plainfield, IL 60585 | - | | Services | | | | 2,285.15 |
| Account No.  Control O Fax PO BOX 778 Waterloo, IA 50704 | | | 08/2013 Services | | | | 412.36 |
| Account No. **xxxx1222**  Corporate Credit Card First National Bank of Omaha PO BOX 2818 Omaha, NE 68103 | - | | Credit Card | | | | 12,718.03 |
| Account No. **xxxxxx80-IN**  Custom Index 8 Vreeland Ave Totowa, NJ 07512 | - | | Services | | | | 1,706.60 |

Sheet no. __5__ of __25__ sheets attached to Schedule of      Subtotal                       19,841.09
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx13-25**<br><br>Denor Graphics Inc<br>666 Lunt Ave<br>Elk Grove Village, IL 60007 | | - | Services | | | | 790.00 |
| Account No. **xxxxxx82CR**<br><br>Design & Promote<br>1952 McDowell Road<br>Suite 100<br>Naperville, IL 60563 | | - | Services | | | | 1,400.00 |
| Account No. **xxxx4805**<br><br>DFS<br>PO BOX 643<br>Townsend, MA 01469 | | - | Services | | | | 22.45 |
| Account No. **xxxx4375**<br><br>Digital Print & Total Graphics<br>123 Eisenhower Lane South<br>Lombard, IL 60148 | | - | Services | | | | 19,952.96 |
| Account No. **xxxx2411**<br><br>Elite Impressions<br>625 Stevenson Road<br>South Elgin, IL 60177 | | - | Services | | | | 1,347.87 |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,513.28

B6F (Official Form 6F) (12/07) - Cont.

In re  **Performance Graphics, INC**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6481** <br><br> **Enduraline** <br> **231 Croton Ave** <br> **Cortlandt Manor, NY 10567** | | - | Services | | | | 94.01 |
| Account No. **xxxx4965** <br><br> **Ennis Business Forms** <br> **304 Third Ave, E** <br> **De Witt, IA 52742** | | - | Services | | | | 431.14 |
| Account No. **xxxx0223** <br><br> **Ennis, Inc** <br> **c/o Teller, Levit & Silvertrust, PC** <br> **19 S LaSalle Street, Suite 701** <br> **Chicago, IL 60603** | | - | Services | | | | 3,027.70 |
| Account No. **xxxx7467** <br><br> **FCL Graphics, Inc** <br> **4600-26 N Olcott Ave** <br> **Harwood Heights, IL 60706** | | - | Services | | | | 612.84 |
| Account No. **xxxx4413** <br><br> **Finn Graphics,Inc** <br> **220 Stille Dr** <br> **Cincinnati, OH 45233** | | - | Services | | | | 811.13 |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,976.82**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                      ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx4463**<br><br>**First National Bank of Omaha**<br>**PO BOX 3331**<br>**Omaha, NE 68103** | - | | | Line of Credit | | | | 13,969.94 |
| Account No. **XXXX4259**<br><br>**Forest Envelope Co.**<br>**1958 University Lane**<br>**Lisle, IL 60532** | - | | | Services | | | | 63,064.66 |
| Account No. **xxxxxx75-IN**<br><br>**General Data Company, Inc**<br>**4354 Ferguson Drive**<br>**Cincinnati, OH 45245** | - | | | Services | | | | 3,784.75 |
| Account No. **xxxx0071**<br><br>**General Loose Leaf Bindery**<br>**3811 Hawthorne Court**<br>**Waukegan, IL 60087** | - | | | Services | | | | 549.85 |
| Account No. **xxxx9905**<br><br>**Graphics III**<br>**57 Eisenhower Lane South**<br>**Lombard, IL 60148** | - | | | Services | | | | 89.60 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        81,458.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Performance Graphics, INC** _____,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx1403**<br><br>**Graphix Communications**<br>**1100 Lang Street**<br>**West Bend, WI 53090** | - | | | Services | | | | 3,159.96 |
| Account No. **xxxx5665**<br><br>**Guardsman Laminating**<br>**c/o Richard James & Assoc., Inc**<br>**4317 NE Thurston Way Ste 270**<br>**Vancouver, WA 98662** | - | | | Service | | | | 2,561.34 |
| Account No. **xxxx0632**<br><br>**Guardsman Laminating**<br>**884 S Countyline Road**<br>**Bensenville, IL 60106** | - | | | Services | | | | 2,309.98 |
| Account No. **xxxx0483**<br><br>**Hagg Press, Inc**<br>**c/o Jay K. Levy & Associates**<br>**PO BOX 1181**<br>**Evanston, IL 60201** | - | | | Services | | | | 7,750.46 |
| Account No. **xxxx6549**<br><br>**Hearld Multiforms, Inc**<br>**1611 Hwy 301 South**<br>**PO BOX 1288**<br>**Dillon, SC 29536** | - | | | Services | | | | 561.98 |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,343.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0733** | | | Services | | | | |
| Holloway Sportswear, Inc 2633 Campbell Road Tontogany, OH 43565 | | - | | | | | 1,705.89 |
| Account No. **xxxx0210** | | | Services | | | | |
| IFS Filing Systems LLC 11225 W Heather Ave Milwaukee, WI 53224 | | - | | | | | 3,840.00 |
| Account No. **xxxx0165** | | | Services | | | | |
| Illini 450 E Bunker Court Vernon Hills, IL 60061 | | - | | | | | 474.56 |
| Account No. **XXXX9818** | | | Services | | | | |
| Independent Folders 1801 Lawrenc Drive Blenker, WI 54415 | | - | | | | | 2,121.40 |
| Account No. **xxxx9620** | | | Services | | | | |
| Integrated Print & Graphics 645 Stevenson Road South Elgin, IL 60177 | | - | | | | | 23,810.45 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **31,952.30**

B6F (Official Form 6F) (12/07) - Cont.

In re **Performance Graphics, INC** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0952**<br><br>J&J Envelope<br>645 Stevenson Road<br>South Elgin, IL 60177 | | - | Services | | | | 13,142.01 |
| Account No. **xxxx1199**<br><br>JSA Creative Services<br>2049 N Halsted #B<br>Chicago, IL 60614 | | - | Services | | | | 850.00 |
| Account No. **xxxxxx18-IN**<br><br>KM Lists<br>5 Audrey Place<br>Fairfield, NJ 07004 | | - | Services | | | | 828.72 |
| Account No. **xxxx2663**<br><br>Kramer-Smilko<br>2107 Laurel Bush Road<br>Suite 101<br>Bel Air, MD 21015 | | - | Services | | | | 2,208.00 |
| Account No. **xxxx2199**<br><br>Label Aid<br>PO Box 550<br>Madison, AL 35758 | | - | Services | | | | 1,638.19 |

Sheet no. __11__ of __25__ sheets attached to Schedule of     Subtotal     | 18,666.92 |
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**
_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx0391**<br><br>**Label Aid Systems**<br>**PO BOX 550**<br>**Madison, AL 35758** | | - | | | Services | | | | 6,078.21 |
| Account No. **xxxx0536**<br><br>**Label Art**<br>**One Riverside Way**<br>**Wilton, NH 03086** | | - | | | Services | | | | 269.22 |
| Account No. **xxxx4300**<br><br>**Labelwork Navigator**<br>**2025 Lookout Drive**<br>**Mankato, MN 56003** | | - | | | Services | | | | 1,663.88 |
| Account No. **xxxx5615**<br><br>**Lakewood Printing**<br>**85 Fairbanks**<br>**Addison, IL 60101** | | - | | | Services | | | | 32,182.60 |
| Account No. **xxxx09-04**<br><br>**Lee Hartman Design Company**<br>**895 Shoreline Dr**<br>**Aurora, IL 60504** | | - | | | Services | | | | 686.64 |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,880.55

B6F (Official Form 6F) (12/07) - Cont.

In re **Performance Graphics, INC**                                      ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx2071**<br><br>**Mail House, Inc**<br>**c/o The CKB Firm**<br>**30 N. LaSalle St., Suite 1520**<br>**Chicago, IL 60602** | | - | | Services | | | | 1,371.03 |
| Account No. **xxxxxx64-IN**<br><br>**Majesty Maintenance, Inc**<br>**390 E Irving Park Rd**<br>**Wood Dale, IL 60191** | | - | | Services | | | | 350.00 |
| Account No. **xxxx3216**<br><br>**Microforms**<br>**5971 Products Drive**<br>**Sterling Heights, MI 48312** | | - | | Services | | | | 427.74 |
| Account No. **xxxx3136**<br><br>**Moderne Glass Company, Inc**<br>**Hopewell Industrial Park**<br>**1000 Industrial Blvd**<br>**Aliquippa, PA 15001** | | - | | Services | | | | 39.75 |
| Account No. **xxxxXXXX**<br><br>**Nicor Gas**<br>**c/o Arnold Scott Harris PC**<br>**111 W Jackson Blvd, Suite 600**<br>**Chicago, IL 60604** | | - | | Services | | | | 872.45 |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,060.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Performance Graphics, INC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx7569** | | | | Services | | | | |
| Norwood Promotional Products PO BOX 952349 Saint Louis, MO 63195 | | - | | | | | | 1,074.25 |
| Account No. **xxxx1435** | | | | Services | | | | |
| Pacesetter Awards 5544 W Armstrong Ave Chicago, IL 60646 | | - | | | | | | 262.41 |
| Account No. **xxxxx2-316** | | | | Services | | | | |
| Performance Mailers 42 Congress Circle, West Roselle, IL 60172 | | - | | | | | | 31,747.16 |
| Account No. **XXXX** | | | | Services | | | | |
| Pioneer Ship Supply, Inc 117 Andover Park W Seattle, WA 98188 | | - | | | | | | 5,265.54 |
| Account No. **xxxx4853** | | | | Services | | | | |
| Pitney Bowes c/o Allen Maxwell and Silver 190 Sylvan Ave Englewood Cliffs, NJ 07632 | | - | | | | | | 7,155.03 |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **45,504.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Performance Graphics, INC**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx403-1** | | | | Services | | | | |
| **Pitney Bowes Global Services**<br>**PO BOX 371887**<br>**Pittsburgh, PA 15250** | - | | | | | | | 4,753.86 |
| Account No. **xxxx2237** | | | | Services | | | | |
| **Platinum Converting. Inc**<br>**851 Expressway Drive**<br>**Itasca, IL 60143** | - | | | | | | | 595.00 |
| Account No. **xxxx6800** | | | | Services | | | | |
| **Press Sense**<br>**13655 Main Street**<br>**Lemont, IL 60439** | - | | | | | | | 61.41 |
| Account No. **xxxx0873** | | | | Servuces | | | | |
| **Printing R US, Inc**<br>**188 Industrial Dr. Suite 428**<br>**Elmhurst, IL 60126** | - | | | | | | | 111.83 |
| Account No. **xxxx4863** | | | | Services | | | | |
| **Printing Technologies, Inc**<br>**6266 Morenci Trail**<br>**Indianapolis, IN 46268** | - | | | | | | | 5,166.44 |

Sheet no. _**15**_ of _**25**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,688.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                    ,                Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5815**<br><br>**Priority One Delivery**<br>**PO BOX 673**<br>**South Elgin, IL 60177** | - | | Services | | | | 698.08 |
| Account No. **xxxx63AD**<br><br>**Pro Towels**<br>**103 Gamma Drive #190**<br>**Pittsburgh, PA 15238** | - | | Services | | | | 86.06 |
| Account No. **XXXX7017**<br><br>**Promotions Click, LLC**<br>**N6096 530th Street**<br>**Ellsworth, WI 54011** | - | | Services | | | | 955.00 |
| Account No. **xxxx1945**<br><br>**Purchase Power**<br>**PO  BOX 371874**<br>**Pittsburgh, PA 15250** | - | | Services | | | | 5,999.92 |
| Account No. **xxxx3760**<br><br>**Redline**<br>**c/o Michael David Weis**<br>**PO BOX 1166**<br>**Northbrook, IL 60065** | - | | Services | | | | 718.82 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,457.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                         ,    Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Redline**<br>**4030 Mint Way**<br>**Dallas, TX 75237** | | - | | **06/2013**<br>**Services** | | | | 718.82 |
| Account No. **xxxx9861** <br><br>**Rhinodox**<br>**c/o Teller, Levit & Silvertrust PC**<br>**19 S LaSalle, Suite 701**<br>**Chicago, IL 60603** | | - | | **Services** | | | | 4,265.58 |
| Account No. **xxxx7915** <br><br>**Rhiondox Federal Storage**<br>**111 International Blvd.**<br>**Glendale Heights, IL 60139** | | - | | **Services** | | | | 842.64 |
| Account No. **xxxx4056** <br><br>**RIM Logistics, LTD**<br>**Department 4026**<br>**PO BOX 4653**<br>**Oakbrook, IL 60522** | | - | | **Services** | | | | 610.38 |
| Account No. **xxxx98CR** <br><br>**RPM Visual Media, LLC**<br>**1030 N Milwaukee Ave**<br>**Chicago, IL 60642** | | - | | **Services** | | | | 2,570.00 |

Sheet no. __17__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,007.42

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6417** <br><br> **S&S Activewear** <br> **581 Territorial Drive** <br> **Bolingbrook, IL 60440** | | - | Services | | | | 3,690.08 |
| Account No. **XXXX** <br><br> **San Mar** <br> **PO BOX 529** <br> **Preston, WA 98050** | | - | Services | | | | 111.55 |
| Account No. **xxxx0091** <br><br> **SanMar** <br> **c/o Teller, Levit & Silvertrust** <br> **19 S LaSalle, Suite 701** <br> **Chicago, IL 60603** | | - | Services | | | | 15,411.87 |
| Account No. **xxxxxx32-IN** <br><br> **Sea Bee Supply Company** <br> **390 E Irving Park Road** <br> **Wood Dale, IL 60191** | | - | Services | | | | 38.69 |
| Account No. **xxxx6919** <br><br> **Selective Label and Printing** <br> **1962 US Route 30** <br> **Sugar Grove, IL 60554** | | - | Services | | | | 8,138.42 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              27,390.61

B6F (Official Form 6F) (12/07) - Cont.

In re  **Performance Graphics, INC**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx1354**  <br><br>**SEO LLC<br>1204 S 3rd St<br>Watertown, WI 53094** | | - | | Services | | | | 534.00 |
| Account No. **xxxx2574**  <br><br>**Sign Works<br>584 County Line Road<br>Bensenville, IL 60106** | | - | | Services | | | | 534.00 |
| Account No. **xxxx2252**  <br><br>**Singles Plus Printing<br>875 Fiene Drive<br>PO BOX 249<br>Addison, IL 60101** | | - | | Services | | | | 42,623.07 |
| Account No. **xxxx7381**  <br><br>**Solution 3 Graphics<br>10547 S Western Ave<br>Chicago, IL 60643** | | - | | Services | | | | 18,182.24 |
| Account No. **xxxx8595**  <br><br>**Stouse Sign & Decal, Inc<br>300 New Century Parkway<br>New Century, KS 66031** | | - | | Services | | | | 686.88 |

Sheet no. __19__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,560.19

B6F (Official Form 6F) (12/07) - Cont.

In re    **Performance Graphics, INC**                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx9404**<br><br>**Straighline Courier**<br>**PO BOX 11270**<br>**Church Street Station**<br>**New York, NY 10286** | - | | | Services | | | | 1,053.28 |
| Account No. **xxxx2050**<br><br>**Straightline Courier/Quick Internat**<br>**c/o The Stevens Lloyd Group**<br>**7660 E Broadway, Suite 106**<br>**Tucson, AZ 85710** | - | | | Services | | | | 1,053.28 |
| Account No. **xxxx1048**<br><br>**Suburban Mailing**<br>**2020 Swift Drive**<br>**Oak Brook, IL 60523** | - | | | Services | | | | 3,469.02 |
| Account No. **xxxxxx12-IN**<br><br>**Superior Paper Products**<br>**1616 South Roddis Ave**<br>**PO BOX 67**<br>**Marshfield, WI 54449** | - | | | Services<br>   **Subject to setoff.** | | | | 510.87 |
| Account No. **xxxx0304**<br><br>**Sweda Company**<br>**17411 Valley Blvd**<br>**City of Industry, CA 91744** | - | | | Services | | | | 263.04 |

| | | |
|---|---|---|
| Sheet no. **20** of **25** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,349.49 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx7009**<br><br>**Sweda Company LLC**<br>**c/o Goldman, Evans & Trammell LLC**<br>**10323 Cross Creek Blvd "F"**<br>**Tampa, FL 33647** | - | | | Services | | | | 315.65 |
| Account No. **xxxx4790**<br><br>**Team Concept Print & Thermo**<br>**540 Tower Blvd**<br>**Carol Stream, IL 60188** | - | | | Services | | | | 59.00 |
| Account No. **xxxx5168**<br><br>**The Antigua Group, Inc**<br>**PO BOX 5300**<br>**Peoria, AZ 85385** | - | | | Services | | | | 1,007.96 |
| Account No. **xxxx7298**<br><br>**The Mail House Inc**<br>**560 Lively Blvd**<br>**Elk Grove Village, IL 60007** | - | | | Services | | | | 1,000.00 |
| Account No. **xxxx1350**<br><br>**Times Printing**<br>**100 Industrial Drive**<br>**Random Lake, WI 53075** | - | | | Services | | | | 13,587.40 |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,970.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1608**<br><br>**Trade Print Inc**<br>**7748 W Addison St**<br>**Chicago, IL 60634** | - | | Services | | | | 243.21 |
| Account No. **xxxx1735**<br><br>**Tukaiz Litho, Co.**<br>**2917 N Latoria Lane**<br>**Franklin Park, IL 60131** | - | | Services | | | | 12,388.00 |
| Account No. **xxxx2390**<br><br>**Unifirst**<br>**2045 N 17th Ave**<br>**Melrose Park, IL 60160** | - | | Services | | | | 117.77 |
| Account No. **xxxx2000**<br><br>**United Graphics Incorporated**<br>**2916 Marshall Ave**<br>**Mattoon, IL 61938** | - | | Services | | | | 7,831.03 |
| Account No. **xxxx0593**<br><br>**Urgent Courier**<br>**74 C Stonehill Road**<br>**Oswego, IL 60543** | - | | Services | | | | 1,144.08 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        21,724.09

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                    ,          Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6482**<br><br>Wausau Container Corp.<br>8000 Highland Drive<br>Wausau, WI 54402 | | - | Services | | | | 1,400.50 |
| Account No. **xxxx1510**<br><br>West General Graphics<br>645 Stevenson Road<br>South Elgin, IL 60177 | | - | Services | | | | 41,542.51 |
| Account No. **xxxx8299**<br><br>Westcott<br>1425 Holland Rd. Suite B<br>Maumee, OH 43537 | | - | Services | | | | 2,208.44 |
| Account No. **xxxx0254**<br><br>Wilmer<br>c/o Teller, Levit & Silvertrust, PC<br>19 S LaSalle, Suite 701<br>Chicago, IL 60603 | | - | Services | | | | 1,951.11 |
| Account No. **xxxx8334**<br><br>Wilmer<br>515 W Sycamore St<br>Coldwater, OH 45828 | | - | Services | | | | 1,671.68 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,774.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Performance Graphics, INC**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1772**<br><br>**Wilson Delivery Service, Inc**<br>**PO BOX 507**<br>**Bensenville, IL 60106** | | - | Services | | | | 248.28 |
| Account No. **xxxx4626**<br><br>**Windy City Silkscreening, Inc**<br>**2715 S Archer Ave**<br>**Chicago, IL 60608** | | - | Services | | | | 1,494.79 |
| Account No. **xxxx9901**<br><br>**Wise Business Forms, Inc**<br>**4301 Merchant Road**<br>**PO BOX 8550**<br>**Fort Wayne, IN 46818** | | - | Services | | | | 3,002.96 |
| Account No. **xxxx4357**<br><br>**Witt Printing Co.**<br>**301 West Oak**<br>**El Dorado Springs, MO 64744** | | - | Services | | | | 456.56 |
| Account No. **xxxx4357**<br><br>**WR Type**<br>**8120 River Drive**<br>**Morton Grove, IL 60053** | | - | Services | | | | 73,805.32 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,007.91

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Performance Graphics, INC**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx6270**<br><br>**WR Type**<br>**8120 River Drive**<br>**Morton Grove, IL 60053** | - | | | Services | | | | 325.94 |
| Account No. **xxxx9101**<br><br>**Zorrel International, Inc**<br>**13500 15th Street**<br>**Grandview, MO 64030** | - | | | 10/2013<br>Services | | | | 14.65 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    340.59

Total
(Report on Summary of Schedules)       611,038.83

B6G (Official Form 6G) (12/07)

.

In re    **Performance Graphics, INC**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0** 
_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Performance Graphics, INC** _____,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Performance Graphics, INC**                                      Case No.    _____

                                            Debtor(s)        Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**36**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November 26, 2014**                          Signature    **/s/ James R Gullberg**

                                                            **James R Gullberg**
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Performance Graphics, INC**                                              Case No. _____

_____    Chapter   **7**    _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE
**$1,978,709.00**            **2013 Taxes Returns**

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Ameriprint Corporation** **vs.** **Performance Graphics, Inc. a/k/a PGI** **Case # 13 SC 3249** | **Citation to Discover Assets** | **State of Illinois** **In the Circuit Court Of The 22nd Judicial Circuit** **McHenry County** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*    *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **James A. Young & Associates**<br>**47 DuPage Court**<br>**Elgin, IL 60120** | **1/14-6/14** | **4000.00** |

B7 (Official Form 7) (04/13)
4

**10.  Other transfers**

None  ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None  ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None  ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None  ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None  ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None  ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Performance Graphics, Inc.,** | 36-3208950 | **747 Church Rd Suite B Elmhurst, IL** | **Printing** | **1997-2014  Closed February 2014** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

B7 (Official Form 7) (04/13)

7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Jim Gulberg | President | 33% |
| Greg Markowic | Secretary | 33% |
| Ron Slunecko | Vice President | 33% |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
8

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **November 26, 2014**                     Signature   **/s/ James R Gullberg**

                                                                                                      **James R Gullberg**
                                                                                                      **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Performance Graphics, INC**              Case No.

                                               Debtor(s)            Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.   $   **336.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 26, 2014**             **/s/ James A. Young**
                                           **James A. Young 6217342**
                                           **Dizon & Young, LLP**
                                           **524 W. State St., Unit 2**
                                           **Geneva, IL 60134**
                                           **630-761-5670  Fax: 630-689-1302**
                                           **ecf@dizonyoung.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Performance Graphics, INC**                        Case No. _____
                                       Debtor(s)        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                        **125**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November 26, 2014**                **/s/ James R Gullberg**
                                          **James R Gullberg/President**
                                          Signer/Title

Haas-Jordan by Westcott
c/o Blitt and Gaines, PC
661 Glenn Ave
Wheeling, IL 60090


Adcraft Decals
7708 Commerce Park Oval
Independence, OH 44131


Admore  Inc
24707 Wood Court
Macomb, MI 48042


American Ad Bag
1510 Lamb Road
Woodstock, IL 60098


American Ad Bag Company
c/o Ingold Law
5555 Main St
Buffalo, NY 14221


Ameriprint Corporation
1401 W Diggins St
Harvard, IL 60033


Amherst Label
c/o Law Office of Curtis I Davis
1 Eyssi Drive, Suite 201
Salem, NH 03079


ARC Group
1012 State College Road, Ste 202
Dover, DE 19904


Artistic Stitches
2639 West Grand Ave
Chicago, IL 60612


Authority
10148 Clow Creek Drive #2d
Plainfield, IL 60585

Bag Makers
6606 S Union Road
Union, IL 60180


Barton Nelson
13700 Wyandotte
Kansas City, MO 64145


BCT
11025 Raleigh Court
Machesney Park, IL 61115


BIC Corporation
PO BOX 406079
Atlanta, GA 30384


Bohringer Creative
381 Mitchell Ave
Elmhurst, IL 60126


Broder Brothers
36115 Treasury Center
Chicago, IL 60694


Calibrated Forms Co.
537 NE Ave
PO BOX Drawer 91
Columbus, KS 66725


Calibre International
6250 North Irwindale Ave.
Irwindale, CA 91702


Capital Printing & Die
303 S Highland Ave
Aurora, IL 60506


CE Printed Products
685 Kimberly Lane
Carol Stream, IL 60188


Chicago Multi-Lingua Graphics
550 W Frontage Road
Suite 2700
Northfield, IL 60093

Commonwealth Edison
c/o Credit Protection Association
PO BOX 9037
Addison, TX 75001


Commonwealth Edison
c/o Credit Protection Assoc
PO BOX 9037
Addison, TX 75001


Continental Datalabel
1855 Fox Lane
Elgin, IL 60123


Contract Screenprinting
10148 Clow Creek Drive
Unit A
Plainfield, IL 60585


Control O Fax
PO BOX 778
Waterloo, IA 50704


Corporate Credit Card
First National Bank of Omaha
PO BOX 2818
Omaha, NE 68103


Custom Index
8 Vreeland Ave
Totowa, NJ 07512


Denor Graphics Inc
666 Lunt Ave
Elk Grove Village, IL 60007


Design & Promote
1952 McDowell Road
Suite 100
Naperville, IL 60563


DFS
PO BOX 643
Townsend, MA 01469

Digital Print & Total Graphics
123 Eisenhower Lane South
Lombard, IL 60148


Elite Impressions
625 Stevenson Road
South Elgin, IL 60177


Enduraline
231 Croton Ave
Cortlandt Manor, NY 10567


Ennis Business Forms
304 Third Ave, E
De Witt, IA 52742


Ennis, Inc
c/o Teller, Levit & Silvertrust, PC
19 S LaSalle Street, Suite 701
Chicago, IL 60603


FCL Graphics, Inc
4600-26 N Olcott Ave
Harwood Heights, IL 60706


Finn Graphics,Inc
220 Stille Dr
Cincinnati, OH 45233


First National Bank of Omaha
PO BOX 3331
Omaha, NE 68103


Forest Envelope Co.
1958 University Lane
Lisle, IL 60532


General Data Company, Inc
4354 Ferguson Drive
Cincinnati, OH 45245


General Loose Leaf Bindery
3811 Hawthorne Court
Waukegan, IL 60087

Graphics III
57 Eisenhower Lane South
Lombard, IL 60148


Graphix Communications
1100 Lang Street
West Bend, WI 53090


Guardsman Laminating
c/o Richard James & Assoc., Inc
4317 NE Thurston Way Ste 270
Vancouver, WA 98662


Guardsman Laminating
884 S Countyline Road
Bensenville, IL 60106


Hagg Press, Inc
c/o Jay K. Levy & Associates
PO BOX 1181
Evanston, IL 60201


Hearld Multiforms, Inc
1611 Hwy 301 South
PO BOX 1288
Dillon, SC 29536


Holloway Sportswear, Inc
2633 Campbell Road
Tontogany, OH 43565


IFS Filing Systems LLC
11225 W Heather Ave
Milwaukee, WI 53224


Illini
450 E Bunker Court
Vernon Hills, IL 60061


Independent Folders
1801 Lawrenc Drive
Blenker, WI 54415

Integrated Print & Graphics
645 Stevenson Road
South Elgin, IL 60177


J&J Envelope
645 Stevenson Road
South Elgin, IL 60177


JSA Creative Services
2049 N Halsted #B
Chicago, IL 60614


KM Lists
5 Audrey Place
Fairfield, NJ 07004


Kramer-Smilko
2107 Laurel Bush Road
Suite 101
Bel Air, MD 21015


Label Aid
PO Box 550
Madison, AL 35758


Label Aid Systems
PO BOX 550
Madison, AL 35758


Label Art
One Riverside Way
Wilton, NH 03086


Labelwork Navigator
2025 Lookout Drive
Mankato, MN 56003


Lakewood Printing
85 Fairbanks
Addison, IL 60101


Lee Hartman Design Company
895 Shoreline Dr
Aurora, IL 60504

Mail House, Inc
c/o The CKB Firm
30 N. LaSalle St., Suite 1520
Chicago, IL 60602


Majesty Maintenance, Inc
390 E Irving Park Rd
Wood Dale, IL 60191


Microforms
5971 Products Drive
Sterling Heights, MI 48312


Moderne Glass Company, Inc
Hopewell Industrial Park
1000 Industrial Blvd
Aliquippa, PA 15001


Nicor Gas
c/o Arnold Scott Harris PC
111 W Jackson Blvd, Suite 600
Chicago, IL 60604


Norwood Promotional Products
PO BOX 952349
Saint Louis, MO 63195


Pacesetter Awards
5544 W Armstrong Ave
Chicago, IL 60646


Performance Mailers
42 Congress Circle, West
Roselle, IL 60172


Pioneer Ship Supply, Inc
117 Andover Park W
Seattle, WA 98188


Pitney Bowes
c/o Allen Maxwell and Silver
190 Sylvan Ave
Englewood Cliffs, NJ 07632

Pitney Bowes Global Services
PO BOX 371887
Pittsburgh, PA 15250

Platinum Converting. Inc
851 Expressway Drive
Itasca, IL 60143

Press Sense
13655 Main Street
Lemont, IL 60439

Printing R US, Inc
188 Industrial Dr. Suite 428
Elmhurst, IL 60126

Printing Technologies, Inc
6266 Morenci Trail
Indianapolis, IN 46268

Priority One Delivery
PO BOX 673
South Elgin, IL 60177

Pro Towels
103 Gamma Drive #190
Pittsburgh, PA 15238

Promotions Click, LLC
N6096 530th Street
Ellsworth, WI 54011

Purchase Power
PO  BOX 371874
Pittsburgh, PA 15250

Redline
c/o Michael David Weis
PO BOX 1166
Northbrook, IL 60065

Redline
4030 Mint Way
Dallas, TX 75237

Rhinodox
c/o Teller, Levit & Silvertrust PC
19 S LaSalle, Suite 701
Chicago, IL 60603


Rhiondox Federal Storage
111 International Blvd.
Glendale Heights, IL 60139


RIM Logistics, LTD
Department 4026
PO BOX 4653
Oakbrook, IL 60522


RPM Visual Media, LLC
1030 N Milwaukee Ave
Chicago, IL 60642


S&S Activewear
581 Territorial Drive
Bolingbrook, IL 60440


San Mar
PO BOX 529
Preston, WA 98050


SanMar
c/o Teller, Levit & Silvertrust
19 S LaSalle, Suite 701
Chicago, IL 60603


Sea Bee Supply Company
390 E Irving Park Road
Wood Dale, IL 60191


Selective Label and Printing
1962 US Route 30
Sugar Grove, IL 60554


SEO LLC
1204 S 3rd St
Watertown, WI 53094

Sign Works
584 County Line Road
Bensenville, IL 60106


Singles Plus Printing
875 Fiene Drive
PO BOX 249
Addison, IL 60101


Solution 3 Graphics
10547 S Western Ave
Chicago, IL 60643


Stouse Sign & Decal, Inc
300 New Century Parkway
New Century, KS 66031


Straighline Courier
PO BOX 11270
Church Street Station
New York, NY 10286


Straightline Courier/Quick Internat
c/o The Stevens Lloyd Group
7660 E Broadway, Suite 106
Tucson, AZ 85710


Suburban Mailing
2020 Swift Drive
Oak Brook, IL 60523


Superior Paper Products
1616 South Roddis Ave
PO BOX 67
Marshfield, WI 54449


Sweda Company
17411 Valley Blvd
City of Industry, CA 91744


Sweda Company LLC
c/o Goldman, Evans & Trammell LLC
10323 Cross Creek Blvd "F"
Tampa, FL 33647

Team Concept Print & Thermo
540 Tower Blvd
Carol Stream, IL 60188


The Antigua Group, Inc
PO BOX 5300
Peoria, AZ 85385


The Mail House Inc
560 Lively Blvd
Elk Grove Village, IL 60007


Times Printing
100 Industrial Drive
Random Lake, WI 53075


Trade Print Inc
7748 W Addison St
Chicago, IL 60634


Tukaiz Litho, Co.
2917 N Latoria Lane
Franklin Park, IL 60131


Unifirst
2045 N 17th Ave
Melrose Park, IL 60160


United Graphics Incorporated
2916 Marshall Ave
Mattoon, IL 61938


Urgent Courier
74 C Stonehill Road
Oswego, IL 60543


Wausau Container Corp.
8000 Highland Drive
Wausau, WI 54402


West General Graphics
645 Stevenson Road
South Elgin, IL 60177

Westcott
1425 Holland Rd. Suite B
Maumee, OH 43537


Wilmer
c/o Teller, Levit & Silvertrust, PC
19 S LaSalle, Suite 701
Chicago, IL 60603


Wilmer
515 W Sycamore St
Coldwater, OH 45828


Wilson Delivery Service, Inc
PO BOX 507
Bensenville, IL 60106


Windy City Silkscreening, Inc
2715 S Archer Ave
Chicago, IL 60608


Wise Business Forms, Inc
4301 Merchant Road
PO BOX 8550
Fort Wayne, IN 46818


Witt Printing Co.
301 West Oak
El Dorado Springs, MO 64744


WR Type
8120 River Drive
Morton Grove, IL 60053


WR Type
8120 River Drive
Morton Grove, IL 60053


Zorrel International, Inc
13500 15th Street
Grandview, MO 64030

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Performance Graphics, INC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Performance Graphics, INC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 26, 2014**

Date

**/s/ James A. Young**

**James A. Young 6217342**

Signature of Attorney or Litigant

Counsel for   **Performance Graphics, INC**

**Dizon & Young, LLP**
**524 W. State St., Unit 2**
**Geneva, IL 60134**
**630-761-5670 Fax:630-689-1302**
**ecf@dizonyoung.com**